AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Oklahoma

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No.  M-26- 86 - SM |
| Ender Enrique Munoz-Perez | ) |
|  | ) |
|  | ) |
|  | ) |

_____ Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 19, 2026 _____ in the county of _____ Cleveland _____ in the
_____ Western _____ District of _____ Oklahoma _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(b) | Bank Theft |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Austin Saunders, Federal Bureau of Investigation, which is incorporated and
made a part hereof by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Austin Saunders, Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: Feb 11, 2026

_____
Judge's signature

City and state:      Oklahoma City, Oklahoma       Suzanne Mitchell, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Austin Richard Saunders, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since December 2024.  In my law enforcement capacity, I am responsible for investigating criminal activity, including computer intrusions and other offenses involving the use of computers.

2.     I am a graduate of the FBI's Special Agent Academy in Quantico, Virginia.  While at the FBI Academy, I received extensive training on all aspects of criminal investigations. I have interviewed victims, witnesses, and subjects, arrested subjects, served subpoenas, reviewed financial records, and analyzed search warrant returns. I have received training and have gained experience in interview and interrogation techniques, arrest procedures, search warrant applications, and various other criminal laws and procedures.

3.     I am familiar with the facts and circumstances of this investigation. The facts set forth in this affidavit are based on my personal observations, knowledge obtained from other law enforcement officials, review of documents related to this investigation, conversations with others who have personal knowledge of the events and circumstances described herein, and a review of open-source information including information available on the Internet. Since this affidavit is submitted for the limited purpose of establishing probable cause in support of the issuance of a criminal complaint and arrest warrant, it does not set forth every fact I or others have learned during the course of this investigation.

1

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Ender Enrique Munoz Perez ("MUNOZ PEREZ") committed Bank Theft, in violation of violated Title 18, United States Code, Sections 2113(b).

## PROBABLE CAUSE

5.      Multiple law enforcement agencies, including the FBI, are currently investigating a series of coordinated automated teller machine ("ATM") "jackpotting" incidents that include the theft of cash from four Arvest Bank ATMs in Oklahoma. The activity occurred on or about January 19, 2026 through on or about January 20, 2026.

6.      ATM jackpotting refers to the use of malicious software installed on an ATM to instruct the ATM to dispense cash—often in the amount of tens of thousands of dollars—that does not belong to that individual.  I am also aware, from my conversations with other law enforcement officers investigating similar ATM jackpotting incidents, that these types of thefts often involve individuals who use multiple electronic methods to plan and coordinate the crime.  Further, I am aware that often the mastermind of the crime is located off-site, and the individuals who are caught installing malicious components in the ATM on-site are acting at the direction of another person who is able to remotely control the malicious components installed on the ATM.

7.      I am aware that a considerable amount of planning and preparation may go into this type of crime, since the threat actors must write and test the malicious software, load it onto a portable device that can be installed on the ATMs, and engage individuals to install the software to effect the theft.

8.      ATM jackpotting can be performed in different ways.  In malware jackpotting, criminals infect the machine with malware, allowing them to issue dispense commands to the

2

machine at a specific time. The malware can be uploaded remotely, or in-person using a devices such as a USB drive. In "black box" jackpotting, criminals connect their own hardware device directly to the dispenser to cash-out the ATM. In direct memory access ("DMA") attacks, criminals exploit high-speed expansion ports to bypass the ATM terminal's security controls and gain access to or manipulate its memory.

9.      Arvest Bank is an FDIC-insured financial institution headquartered at 75 N East Ave, Fayetteville, AR 72701. Arvest Bank has approximately 227 locations across four states, including Oklahoma.

10.      Based on information provided by Arvest Bank, organized thefts and attempted thefts at ATMs occurred at bank branches in Chickasha, Lawton, Elgin, Moore, and Norman on or about January 19, 2026 through on or about January 20, 2026. All of the aforementioned cities are located within the Western District of Oklahoma. Incidents occurred on the same dates at Arvest Bank branches in Arkansas and Kansas as well. Arvest Bank reported a total loss of $505,600.00 from these incidents, with $423,600.00 of the losses occurring in Oklahoma.

11.      Security footage from the Arvest Bank branch at 1927 S 4th Street, Chickasha, OK 73018, showed two suspects present at the ATM during the early morning hours of January 19, 2025. The suspects opened the top hood of the ATM, appeared to tamper with the components inside, and subsequently extracted cash from the machine. Arvest Bank reported a total loss of $125,500.00 from this incident. One suspect ("Suspect 1") wore a gray hooded coat with a black shoulder portion, dark blue pants, a black facemask, black shoes, a red glove on his left hand, and a green backpack. The other suspect ("Suspect 2") wore a black hooded

3

jacket, dark pants, black and gray shoes, gloves on both hands, and a skeleton facemask.



*Figure 1 – Suspects 1 and 2 at Chickasha ATM.*
*ATM Date/Time: 01/19/2026, 1:59 a.m.*



*Figure 2 - Suspects 1 and 2 Tampering with Inside of Chickasha ATM.*
*ATM Date/Time: 01/19/2026, 3:13 a.m.*



*Figure 3 - Suspect 1 Handling Cash from Chickasha ATM.*
*ATM Date/Time: 01/19/2026, 3:42 a.m.*

12.     Security footage from the Arvest Bank branch at 2101 S Santa Fe Ave., Moore, OK 73160, showed two suspects that appeared to be Suspects 1 and 2 present at the ATM during the late evening hours of January 19, 2025. The suspects opened the top hood of the ATM, appeared to tamper with the components inside, and subsequently extracted cash from the machine. Arvest Bank reported a total loss of $107,000.00 from this incident.

6



*Figure 4 - Suspects 1 and 2 Tampering with Moore ATM.*
*ATM Date/Time: 01/19/2026, 10:50 p.m.*



*Figure 5 - Suspect 1 Extracting Cash from Moore ATM.*
*ATM Date/Time: 01/19/2026, 11:12 p.m.*

13.    Security footage from the Arvest Bank branch at 3615 W Main St., Norman, OK 73072 (the "Norman Branch") showed two suspects that appeared to be Suspects 1 and 2 present at the ATM during the early morning hours of January 20, 2025. The suspects opened the top hood of the ATM and appeared to tamper with the components inside.



*Figure 6 - Suspects 1 and 2 at Norman ATM.*
*ATM Date/Time: 01/20/2026, 2:51 a.m.*



*Figure 7 - Suspects 1 and 2 Tampering with Norman ATM.*
*ATM Date/Time: 01/20/2026, 2:53 a.m.*

14.    During the incident at the Norman Branch, Norman Police Department responded to the scene and arrested three individuals. One of the suspects arrested was MUNOZ PEREZ. MUNOZ PEREZ was arrested while lying in the bushes near the Norman Branch and was wearing a jacket and pants with the same appearance as those worn by Suspect 1 during the incidents in Chickasha, Moore, and Norman. MUNOZ PEREZ was also wearing a glove on his left hand and was in possession of a brown backpack.

9



*Figure 8 - Body-worn Camera Footage of Munoz Perez's Arrest.*
*Body-worn Camera Date/Time: 01/20/2026, 3:37 a.m.*



*Figure 9 - Body-worn Camera Footage from Munoz Perez's Arrest.*



FIGURE 9

## CONCLUSION

15.     Based on the above information and the totality of the circumstances, I submit there is probable cause to establish that, on or about January 19, 2026, ENDER ENRIQUE MUNOZ PEREZ did knowingly and intentionally commit bank theft in violation of Title 18, United States Code, Section 2113(b).

Austin Saunders
Special Agent
Federal Bureau of Investigation

Sworn to me on this 11th day of February, 2026

SUZANNE MITCHELL
United States Magistrate Judge

11