# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ✓  USAO No.: _____    Case No.: MJ-26-86-SM

Charging Document: **Complaint**    No. of Defendants: 1    Total No. of Counts: 1    Sealed: Y ✓  N ☐

Forfeiture: Y ☐ N ✓    HSTF: Y ☐ N ✓    McGirt: Y ☐ N ✓    Warrant ✓  Summons ☐  Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**    By: NA

| | |
|---|---|
| Name: **Ender Enrique Munoz-Perez** | |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1996 | SSN: | Race: Hispanic | Interpreter: Y ✓ N ☐ |
| Sex: M ✓  F ☐ | Juvenile: Y ☐ N ✓ | Language/Dialect: Spanish | |

**DEFENDANT STATUS/RECOMMENDATION:**    **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody    ✓ Detention Requested    Complaint: Y ☐  N ✓

☐ Type of Bond: _____    Magistrate Judge Case No.: MJ-

✓ In Custody at: Cimarron Correctional Facility

Inmate/Prisoner/Register No.: 245229774    Previously Detained: Y ☐  N ✓

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender    Name: _____    AUSA: Danielle London
☐ CJA Panel           Address: _____    Agent/Agency: FBI
☐ Retained            Phone: _____    Agent Contact Info: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2113(b) | Bank Theft | NMT 10 year's imprisonment, $250,000 fine, or both; NMT 3 year's S/R; and $100 assessment |

Signature of AUSA: s/ Danielle London    Date: 02/10/2026

10/25